In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00407-CR


NO. 09-09-00408-CR


____________________



LATONIA WASHINGTON CRYER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 09-05807 and 09-06415






 MEMORANDUM OPINION


 On August 17, 2009, the trial court sentenced Latonia Washington Cryer on 
convictions for aggravated assault and delivery of a controlled substance. Cryer filed a
notice of appeal on September 1, 2009. The trial court entered certifications of the
defendant's right to appeal in which the court certified that these are plea-bargain cases and
the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has
provided the trial court's certifications to the Court of Appeals. On September 3, 2009, we
notified the parties that we would dismiss the appeals unless the appellant established
grounds for continuing the appeals. The appellant filed a response but failed to establish that
the trial court's certification should be amended. Because the records do not contain
certifications that show the defendant has the right of appeal, we must dismiss the appeals. 
See Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

 APPEALS DISMISSED. 


 

 __________________________________

 HOLLIS HORTON


 Justice



Opinion Delivered September 30, 2009

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.